DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA WHITE** and **JANNELLE SINGLETARY,**
Appellants,

v.

**ANNIE SINGLETARY,**
Appellee.

No. 4D2025-0082

[July 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19013497.

Patricia White and Jannelle Singletary, Pompano Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***